# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2338
Fax: 252-758-8570

**DATE:** March 17, 2018

**FROM:** Dwayne L. Smith
U.S. Probation Officer

**SUBJECT:** HOOKS, James Edward
Case No.: 5:15-CR-130-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On September 15, 2003, pursuant to a guilty plea to Possession With Intent to Distribute Cocaine Base and Marijuana and Use, Carry and Possess a Firearm During and in Relation to a Drug Trafficking Crime, James Edward Hooks appeared in United States District Court for the Western District of North Carolina, and was sentenced to 180 months imprisonment to be followed by 5 years supervised release.

The defendant, was released from custody on April 8, 2014, and began supervision in the Eastern District of North Carolina. Jurisdiction was transferred to the Eastern District of North Carolina on April 27, 2015.

Hooks, age 69, has performed satisfactorily on supervision. He has submitted to DNA testing and all drug screens have been negative. He has been on low intensity supervision since December 2016. His term of supervised release is set to expire on April 7, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office does not oppose early termination. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.

☐ I disagree with the recommendation. I will reconsider in one year.

☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        3-19-18
Terrence W. Boyle                Date
U.S. District Judge

PROB 35
(Reg 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:15-CR-130-1BO

**JAMES EDWARD HOOKS**

On April 8, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: March 17, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __March__, 2018.

Terrence W. Boyle
U.S. District Judge